**Opinion issued March 23, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00215-CV

_____

## IN RE: HAROLD'S FUN TOWN, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Harold's Fun Town, LLC filed a petition for writ of mandamus asking this Court to order Respondent to "vacate her Orders of March 14, 2023," and to allow Relator to obtain an unredacted diary kept by Jamie Blackburn and to re-depose C.S.[1]

---

[1] The underlying case is *Jamie Blackburn, Ron Hoss Strimple, Individually and as next friend of C.S. v. Atain Specialty Insurance Company, and Harold's Fun Town, LLC*, Cause No. CV-0085834, pending in the County Court at Law No. 2 of Galveston County, Texas, the Honorable Kerri M. Foley presiding.

We deny the petition. TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.